## First Department, February, 1938.
### (February 4, 1938.)

Guaranty Trust Company of New York, as Assignee of Louis S. Berg, Deceased, and M. Frances Berg, as Executrix, etc., of Louis S. Berg, Deceased, Respondents, v. Amtrog Trading Corporation, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that the affidavits raised a triable issue. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Max Harnick, Appellant, v. S. M. Hirsch & Co., Inc., Defendant, Impleaded with Samuel M. Hirsch, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Max Harnick, Appellant, v. S. M. Hirsch & Co., Inc., Respondent, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Gottlieb Helfenstein and Clara Helfenstein, Appellants, v. Glen Oaks Development Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Stephen H. Jackson, Respondent, v. Giuseppe Paradiso and Giovannina Paradiso, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Morris Cohn, as Receiver, etc., of Joseph Kornhauser in Supplementary Proceedings Instituted by Perfect Cornice & Roofing Co., Inc., Appellant, v. Nemo Garage, Inc., Defendant, Impleaded with Joseph Kornhauser, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Marie Brosman, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Thomas J. Costello, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Mary Wagner, as Administratrix, etc., of William F. Wagner, Deceased, Respondent, v. Anna L. Kaurup, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial.

Sadakichi Miki, Appellant, v. New York Life Insurance Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.